## John Lawrence KIRK v. STATE.
### No. 17780.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

M. E. Kramer, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

M. E. Kramer, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for fifteen years.

1118

The indictment appears regular. The record is before this court without statement of facts and bills of exception.

The judgment and sentence fail to take note of the Indeterminate Sentence Law under the terms of which the appellant should be condemned to suffer confinement in the penitentiary for a period of not less than five nor more than ten years. See article 775, C.C.P., as amended by Acts 1931, c. 207, § 1 (Vernon's Ann.C.C.P. art. 775). As reformed, the judgment is affirmed.